# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: SILAS KEITH OGILVIE § Case No. 16-82068
       ALISON KAY OGILVIE §
                         Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/31/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 12/02/2016.

5) The case was dismissed on 12/16/2016.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $38,250.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 0.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 0.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| ALLY BANK | Sec | 10,093.00 | 8,600.00 | 8,600.00 | 0.00 | 0.00 |
| ALLY BANK | Uns | 0.00 | 1,383.71 | 1,383.71 | 0.00 | 0.00 |
| MIDWEST PLUMBING | Sec | 2,185.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Sec | 2,000.00 | 2,695.00 | 2,000.00 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 0.00 | 0.00 | 695.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Sec | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 773.00 | 937.48 | 937.48 | 0.00 | 0.00 |
| AT & T UVERSE | Uns | 179.00 | NA | NA | 0.00 | 0.00 |
| BRIGHT HOUSE NETWORKS | Uns | 521.00 | NA | NA | 0.00 | 0.00 |
| C A G ACCEPTANCE LLC | Uns | 4,694.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 860.00 | NA | NA | 0.00 | 0.00 |
| CASEY'S GENERAL STORES, INC. | Uns | 89.00 | 372.95 | 372.95 | 0.00 | 0.00 |
| CASEYS GENERAL STORES INC | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 2,719.00 | 2,718.99 | 2,718.99 | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Uns | 992.00 | NA | NA | 0.00 | 0.00 |
| COX COMMUNICATIONS PHOENIX | Uns | 282.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 641.79 | 641.79 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 270.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV, LLC BY | Uns | 470.00 | 813.68 | 813.68 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 5,126.00 | 5,107.81 | 5,107.81 | 0.00 | 0.00 |
| DUKE ENERGY FLORIDA | Uns | 322.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR PHOENIX | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR PHOENIX | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 669.00 | 699.05 | 699.05 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 934.00 | 934.28 | 934.28 | 0.00 | 0.00 |
| HP SEARS | Uns | 332.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 941.00 | 941.37 | 941.37 | 0.00 | 0.00 |
| MBB | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| SLM FINANCIAL CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SLM FINANCIAL CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 814.83 | 814.83 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 3,592.93 | 3,592.93 | 0.00 | 0.00 |
| SYNCHRONY BANK | Uns | 815.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Uns | 3,593.00 | NA | NA | 0.00 | 0.00 |
| US DEP TOF ED/GSL/ATL | Uns | 417.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GSL/ATL | Uns | 1,929.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GSL/ATL | Uns | 3,136.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GSL/ATL | Uns | 6,219.00 | NA | NA | 0.00 | 0.00 |
| UNITED AUTO CREDIT | Uns | 3,781.00 | 3,751.21 | 3,751.21 | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Uns | 804.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 1,511.00 | 1,482.85 | 1,482.85 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,712.00 | 1,711.89 | 1,711.89 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 1,190.00 | 1,190.55 | 1,190.55 | 0.00 | 0.00 |
| WOODMAN - ROCKFORD #30 | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN - ROCKFORD #30 | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN - ROCKFORD #30 | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 673.63 | NA | NA | 0.00 | 0.00 |
| JOHNSON OIL CO. | Uns | 83.44 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Uns | 1,495.43 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 992.73 | 992.73 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
| DIRECTV, LLC BY | Uns | 0.00 | 469.65 | 469.65 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,600.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 10,600.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 29,252.75 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  01/26/2017        By:  /s/ Lydia S. Meyer
                                                    Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)